IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

FILED

2005 JUN 17 A 11: 17

, DISTRICT COURT
STERN DIST. TENN.

\_\_\_DEP. CLERK

ACCESS NOW, INC., a not-for-profit Florida corporation, )
)
Plaintiff )
)
v. ) No. 4:01-cv-02
)
COMMUNITY HOSPITAL OF )
ANDALUSIA, INC., *et al.*, )
)
Defendants )

## MEMORANDUM AND ORDER

This matter was heard on June 13, 2005, for a fairness hearing with regard to settlement agreements entered into between plaintiff, Access Now, Inc., and seven of the defendant hospitals: Jackson Purchase Medical Center, LLC; Lake Cumberland Regional Hospital, LLC; Logan Memorial Hospital, LLC; Meadowview Regional Medical Center, LLC; Blue Grass Community Hospital, LLC; Bourbon Community Hospital, LLC; and Georgetown Community Hospital, LLC. The court has reviewed the settlement agreements and objections thereto filed by Kentucky Protection & Advocacy and finds that the settlement agreements proposed are both fair and reasonable, and those agreements are hereby APPROVED. If, five

years after the date of this order, any class member or Kentucky Protection & Advocacy Group believes that any of the proposed modifications to be implemented by these settlement agreements have not been complied with, they may file objections with this court seeking relief, including possible contempt sanctions.

ENTER:

s/ James H. Jarvis
UNITED STATES DISTRICT JUDGE